SIDNEY GORDON, Respondent, *v.* CLARA MILLER, Appellant.

Supreme Court, Appellate Term, First Department, December 7, 1935.

*Harris Jay Griston* [*George C. Baron* of counsel], for the appellant.

*Lee Hazen,* for the respondent.

PER CURIAM.   In view of the charge that plaintiff was entitled to a reasonable opportunity to repair the work done by him, we think defendant was entitled to the requested qualification that if the work had been so badly done that defendant had justifiably lost confidence in plaintiff she was not required to go back to him.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur.   Present — LYDON, HAMMER and SHIENTAG, JJ.